**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

MAY 1 6 2016

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16 CR 2107 MCA |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 113(a)(6): |
| | ) | Assault Resulting in Serious Bodily |
| TYSON SICILY ATOLE, | ) | Injury. |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about January 28, 2016, in Indian Country, in Rio Arriba County, in the District of

New Mexico, the defendant, **TYSON SICILY ATOLE**, an Indian, assaulted Jane Doe, and the

assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

DAMON P. MARTINEZ
United States Attorney

Joseph M. Spindle
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103-0607
(505) 346-7274